1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JOSEPH M. ALIOTO JR. (CABN 215544)
   Assistant United States Attorney
5
       1450 Golden Gate Avenue
6      San Francisco, California 94102
       Telephone: (415) 436-6740
7      Joseph.Alioto@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-307 HSG |
| Plaintiff, | STIPULATION TO RESET SENTENCING HEARING AND [~~PROPOSED~~] ORDER |
| v. | |
| JOSE LAZARO MARTINEZ LAINEZ, | |
| Defendant. | |

On June 1, 2017, the Grand Jury returned an indictment charging the defendant with the prohibited possession of a firearm by a felon in violation of Title 18, United States Code, Section 922(g)(1). On January 22, 2018, the defendant pled guilty to the single-count indictment. He is currently scheduled to be sentenced on May 14, 2018.

The parties respectfully request that the sentencing hearing be continued six weeks to June 25, 2018 at 2:00 pm. This request is made in order to give the parties additional time to review the Presentence Investigation Report and to consider and formulate any potential objections to the report.

The Probation Officer in this case has no objection to the proposed continuance or to the newly

requested sentencing date.

SO STIPULATED.

Dated: April 10, 2018                           Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

*/s/ Joseph M. Alioto Jr.*
_____
JOSEPH M. ALIOTO JR.
Assistant United States Attorney

*/s/ Ruben Munoz*
_____
RUBEN MUNOZ
Counsel for Defendant RICHIE MICHELSON

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING
17-CR-307 HSG

1 [~~PROPOSED~~] ORDER

2  On stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the
3 sentencing hearing currently scheduled for May 14, 2018 is continued to June 25, 2018 at 2:00 pm.

5  IT IS SO ORDERED.

7 Dated: April 10, 2018

*[signature: Haywood S. Gilliam Jr.]*

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING
17-CR-307 HSG